IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH CHADWICK                                                                              PLAINTIFF
ADC #97902

V.                                        NO.  1:08cv00011 WRW

T. HURST, et al                                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint in its entirety, without prejudice.  Any pending motions are denied as moot.[1]  Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 16th day of April, 2008.


   /s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion to Amend/Correct Complaint (Doc. No. 11) does not comply with the Order entered on February 19, 2008.