IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH CHADWICK                                                                                    PLAINTIFF
ADC #97902

V.                                          NO.  1:08cv00011 WRW

T. HURST, et al                                                                                       DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 16th day of April, 2008.

                                                    /s/ Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE