**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KENNETH CHADWICK, ADC #97902**                                              **PLAINTIFF**

**V.**                                  **1:08cv00011 WRW**

**T. HURST, et al**                                                                     **DEFENDANTS**

## AMENDED ORDER

The April 16th, 2008 Order dismissing this case directed that "this dismissal counts as a 'strike' as frivolous pursuant to 28 U.S.C. § 1915(g)."[1]

The February 19, 2008 Order reads "as it now stands Plaintiff's complaint is entirely too vague to enable the Court to determine whether it is frivolous or fails to state a claim for relieve under § 1915A."[2] Plaintiff was directed to cure these deficiencies within 30 days. The April 1, 2008 Recommended Disposition recited the history of the case and concluded that "[t]his case should therefore be dismissed without prejudice due to Plaintiff's failure to prosecute the action diligently and his failure to respond to the Court's order."[3]

Because the case was dismissed for failure to prosecute rather than for being frivolous, I incorrectly held that the dismissal should count as a "strike"; it should not have been a "strike." Accordingly, the April 16, 2008 Order is amended to read as follows:

---

[1] Doc. No. 13.

[2] Doc. No. 4.

[3] Doc. No. 9.

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment will be entered dismissing this complaint in its entirety, without prejudice. Any pending motions are denied as moot.

IT IS SO ORDERED (*nunc pro tunc*) this 9th day of June, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE